UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>JOSHUA CAINE DAVIS, et al., )<br>)<br>Defendant ) | 2:19-CR-00196 |

## **ORDER**

The United Stated filed a motion to unseal the indictment and related documents in the above-styled case [Doc. 182]. The motion is **GRANTED**. The Clerk's Office is directed to unseal the Indictment and all other documents related to the Indictment in this case.

SO ORDERED:

/s Cynthia Richardson Wyrick
United States Magistrate Judge